MBriles.INF
LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00037 |
| Plaintiff. ) | **INFORMATION** |
| vs. ) | **TRESPASSING** |
| MICHAEL CORY BRILES, ) | [9 G.C.A. § 37.30(a), 18 U.S.C. §§ 7(3) and 13] |
| ) | **THEFT OF PROPERTY** |
| Defendant. ) | [9 G.C.A. § 43.30, 18 U.S.C. §§ 7(3) and 13] |

THE UNITED STATES CHARGES:

### COUNT 1
### TRESPASSING

On or about January 28, 2005, in the District of Guam, onboard Naval Base Guam, which is land under the exclusive or concurrent jurisdiction of the United States, the defendant, MICHAEL CORY BRILES, did willfully surreptitiously remain in a maintenance closet of the Naval Base Guam Theatre, after the theater closed for business, all in violation of 9 Guam Code Annotated, Sections 37.30(a) and Title 18, United States Code, Sections 7(3) and 13.

## COUNT 2

## THEFT OF PROPERTY

On or about January 28, 2005, in the District of Guam, onboard Naval Base Guam, which is land under the exclusive or concurrent jurisdiction of the United States, the defendant, MICHAEL CORY BRILES, knowingly and unlawfully did steal funds from the Naval Base Guam Theatre, of a value of less than 500.00, the property of Nana Services, LLC, with the intent to permanently deprive the owner thereof, all in violation of 9 Guam Code Annotated, Sections 43.30 and Title 18, United States Code, Sections 7(3) and 13.

Dated this 9th day of August 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *[signature]*
STEPHEN CHIAPPETTA
Special Assistant United States Attorney

# Criminal Case Cover Sheet                           U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Related Case Information:

MG05-00037

Country/Parish _____N/A_____

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes** _____ **No** __X__    **Matter to be sealed:** _____ **Yes** __X__ **No**

Defendant Name _____MICHAEL CORY BRILES_____

Allisas Name _____

Address _____

Birthdate _4/11/81_ SS# _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_ Sex _M_ Race _Caucasian_ Nationality _____

**U.S. Attorney Information:**

SAUSA __Joseph Tock__

**Interpreter:** __XX__ No _____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**RECEIVED**
**AUG 1 0 2005**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __2__        _____ Petty _____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 9 G.C.A. § 37.30(a) and 18 U.S.C. §§ 7(3) and 13 | Trespassing | 1 |
| Set 2 | 9 G.C.A. § 43.30, 18 U.S.C.§§ 7(3) and 13 | Theft of Property | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _8/10/05_   Signature of SAUSA: _[signature] for Joe Tock_