
FILED
DISTRICT COURT OF GUAM

AUG 11 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL C. BRILES,<br><br>    Defendant. | MAGISTRATE<br>CRIMINAL CASE NO. 05-00037<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above entitled case *nunc pro tunc* to August 10, 2005.

Dated this 11th day of August, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM