IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE MINUTES



FILED
DISTRICT COURT OF GUAM

AUG 12 2005 

MARY L.M. MORAN
CLERK OF COURT

CASE NO. MG-05-00037　　　　DATE: 8/11/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding　　Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:15:59 - 2:36:05　　　　CSO: B. Pereda

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:** __MICHAEL C. BRILES__　　　　　　**ATTY :** __JOHN GORMAN__
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.　　( X ) PRESENT  ( ) RETAINED ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: STEVE CHIAPPETTA　　　　　AGENT:

U.S. PROBATION: STEVE GUILLIOTT　　　　　U.S. MARSHAL: W. GRAY

**PROCEEDINGS:　INITIAL APPEARANCE RE INFORMATION / PLEA**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:　　AGE: __24__　　SCHOOL COMPLETED: __G.E.D.__
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
　　OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: __COUNT I AND II__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __NOVEMBER 10, 2005__ at __10:30 A.M.__
( X ) PRESENTENCE REPORT ORDERED AND DUE: __OCTOBER 5, 2005__

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

The Court appointed the Federal Public Defender to represent the defendant and stated that an order will follow. Defendant orally consented to his plea before a U.S. Magistrate Judge and waived his right to trial and sentencing before a district judge.

Defense argued for release of the defendant. Government had no position. The Probation Officer advised the Court of the status of the defendant's local and off-island case and his position regarding the defendant's release.

The Court stated its concern regarding the defendant's housing situation and the safety of the community. Defense was advised to submit the appropriate motion for release once a place of residence is secured for the defendant. Counsel had no objection.