ORIGINAL

```
 1  michaelbrilespsr
 2  LEONARDO M. RAPADAS
    United States Attorney
 3  STEVEN CHIAPPETTA
    Special Assistant U.S. Attorney
 4  Suite 500, Sirena Plaza.
    108 Hernan Cortez Ave.
 5  Hagåtña, Guam 96910
    TEL: (671) 472-7332
 6  FAX: (671) 472-7334
 7  Attorneys for the United States of America
```

FILED
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00037 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| MICHAEL C. BRILES, | ) |
| Defendant. | ) |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 6th day of October 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney