JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MICHAEL C. BRILES

FILED
DISTRICT COURT OF GUAM
NOV -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAG-CR-05-00037 |
|---|---|
| Plaintiff, | ) STIPULATION TO EXPEDITE |
| | ) SENTENCING HEARING DATE |
| vs. | ) |
| MICHAEL C. BRILES, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for Thursday, November 10, 2005, at 10:30 a.m. be moved up to Tuesday, November 8, 2005, at 10:15 a.m. or a date convenient for the Court's calendar.

The parties request this expedited Sentencing Hearing date as the Presentence Investigation Report has been prepared and adopted by both parties and both parties are prepared for sentencing

//

//

**ORIGINAL**

IT IS SO STIPULATED:

DATED: Mongmong, Guam, November 4, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
MICHAEL C. BRILES

_____
STEVE CHIAPPETTA
Attorney for Plaintiff
UNITED STATES OF AMERICA

2