JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MICHAEL C. BRILES


FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00037 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER re: |
| vs. | ) | STIPULATION TO EXPEDITE |
| | ) | SENTENCING HEARING DATE; |
| MICHAEL C. BRILES, | ) | |
| Defendant. | ) | |

The Stipulation filed on November 7, 2005, to expedite the above-captioned defendant's Sentencing Hearing date to Tuesday, November 8, 2005, at 10:15 a.m. is HEREBY APPROVED and So ORDERED.

DATED: Hagatna, Guam, November 7, 2005.

Honorable JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District of Guam

**ORIGINAL**