PROB 12A
(7/93)

# United States District Court

for

District of Guam

FILED
DISTRICT COURT OF GUAM

NOV 1 3 2006

MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: **Michael Cory Briles**     Case Number: **MJ 05-00037-001**

Name of Sentencing Judicial Officer:     Joaquin V. E. Manibusan Jr.

Date of Original Sentence:     November 8, 2005

Original Offense:     <u>Count I</u> - Trespassing, in violation of Title 9 GCA § 37.30(a) and 18 U.S.C. §§ 7(3) and 13 and <u>Count II</u> - Theft of Property, in violation of Title 9 GCA § 43.30 and 18 U.S.C. §§ 7(3) and 13.

Original Sentence:     60 days imprisonment for <u>Count I</u> and 76 days imprisonment for <u>Count II</u>, to run concurrently followed by one year supervised release with conditions to include: not incur new credit charges or open additional lines of credit without approval of the U.S. Probation unless he is in compliance with the payment schedule; provide the Probation Office access to any requested financial information; perform 200 hours of community service; and pay restitution of $750 to Nana Services, LLC (Guam).

Type of Supervision:     Supervised Release     Date Supervision Commenced: November 8, 2005

## NONCOMPLIANCE SUMMARY

| <u>Violation Number</u> | <u>Nature of Noncompliance</u> |
|---|---|
| Mandatory condition | Arrest for Family Violence and Assault |

On July 25, 2006 at 11:29 a.m., Michael Briles was arrested for the offense of Family Violence and Assault and confined. Ms. Amirose Maria Cruz reported to the Guam Police Department that on July 24, 2006, she was assaulted by her boyfriend, Michael Briles, after she wanted to talk about their relationship, money missing from her wallet, and his criminal record. She stated that Briles told her to shut up and called her derogatory names. Cruz stated that she continued to persist in her questioning and Briles then pushed her upper chest with his hands causing her to lose her balance and strike the back of the couch. A bruise on Cruz's left forearm had a bruise and slight swelling was observed and she complained of pain to her left shoulder.

Mr. Briles was later released on that same date, and instructed to appear on July 22, 2009 at 9:00 a.m. in the Superior Court of Guam.

On July 28, 2006, Mr. Briles reported for a compliance meeting and stated that his girlfriend, Amirose Cruz, kept wanting to talk and was following him around the house. He decided to smoke a cigarette outside, but she stopped him at the doorway of the kitchen and grabbed his arms cross-way. When he tried to break free, she stumbled back half-a-step. He stated that he did not see her hit her arm, and he did not see her fall against the couch. Mr. Briles denied pushing Ms. Cruz. His relationship with Ms. Cruz has since ended.

Mr. Briles has satisfied the 200 hours of community service on March 17, 2006. He has yet to satisfy his restitution condition. As a result of this incident, he was terminated from his employment as a general helper with Quan Tech Printing, where Ms. Cruz was also employed. In lieu of a paycheck, he was living at his employer's home in Santa Rita and lost his home as well. Mr. Briles has since returned to the Salvation Army Lighthouse Recovery Center where he is addressing his anger management issues.

As a sanction for the arrest, the Parole Services Division placed him on Special Projects Detail to perform community service on Saturdays as directed by their office, since he is also serving a three year parole term.

This report is for informational purposes only. It is respectfully requested that no action be taken at this time.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 11/6/06

Respectfully submitted,

by: GRACE D. FLORES
U.S. Probation Officer

Date: November 6, 2006

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other   No action to be taken.

RECEIVED
NOV - 7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. JOAQUIN V.E. MANIBUSAN, Jr.
United States Magistrate Judge
District of Guam

11/13/2006
Date