**BRILES_M.taxgar1**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL CORY BRILES,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00037<br><br>**APPLICATION FOR WRIT OF GARNISHMENT** |

APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the District Court of Guam to issue a Writ of Garnishment upon the judgment entered against the Defendant-Judgment Debtor MICHAEL CORY BRILES, whose last known mailing address is: Santa Rita, Guam 96915, (hereinafter "Debtor"), in the above cited action for the sum of $785.00 which includes a $35.00 special assessment fee and restitution in the amount of $750.00.

There is a balance of $785.00 as of April 29, 2008.

//

//

| | |
|---|---|
| 1 | Demand for payment of the above-stated debt was made upon the debtor not less than 30 |
| 2 | days and the Debtor has failed to satisfy the debt. |
| 3 | The Garnishee is believed to have possession of property (including nonexempt |
| 4 | disposable earnings) in which Defendant-Judgment Debtor MICHAEL CORY BRILES has a |
| 5 | substantial nonexempt interest. |
| 6 | The names and address of the Garnishees or his authorized agents is: |

>     Department of Revenue & Taxation
>     Attn.: Artemio B. Ilagan, Director
>     P.O. Box 23607
>     GMF, Guam 96921

DATED this 29th day of April, 2008.

>                                         LEONARDO M. RAPADAS
>                                         United States Attorney
>                                         Districts of Guam and the NMI
>
>
>                                    By:  /s/ Mikel W. Schwab
>                                         MIKEL W. SCHWAB
>                                         Assistant U.S. Attorney
>                                         mikel.schwab@usdoj.gov
>                                         JESSICA F. CRUZ
>                                         Assistant U.S. Attorney
>                                         Jessica.F.Cruz@usdoj.gov