**BRILES_M.taxgar2**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL CORY BRILES,<br><br>            Defendant,<br><br>DEPARTMENT OF REVENUE<br>   AND TAXATION,<br>GOVERNMENT OF GUAM,<br><br>            Garnishee. | MAGISTRATE CASE NO. 05-00037<br><br>**ORDER**<br>**Directing Clerk of Court to**<br>**Issue Writ of Garnishment** |

IT IS SO ORDERED that the Clerk of the District Court of Guam, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205, is granted approval to issue a Writ of Garnishment against Defendant Judgment Debtor MICHAEL CORY BRILES in the above cited action.

                                                              **/s/ Joaquin V.E. Manibusan, Jr.**
                                                                 **U.S. Magistrate Judge**
                                                                 **Dated: May 05, 2008**