| | |
|---|---|
| 1 | **BRILES_M.TaxGarSvc** |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | MIKEL W. SCHWAB<br>Assistant U.S. Attorney |
| 4 | JESSICA F. CRUZ<br>Assistant U.S. Attorney |
| 5 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 6 | Hagåtña, Guam 96910-5059<br>TEL: (671) 472-7332 |
| 7 | FAX: (671) 472-7215 |
| 8 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00037 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| MICHAEL CORY BRILES, | ) | |
| Defendant, | ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

I hereby certify that on **May 1, 2008**, I electronically filed **Application for Writ of Garnishment** and on **May 8, 2008**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed copies of the following: **Application for Writ of Garnishment, Order Directing Clerk**

//

//

**of Court to Issue Writ of Garnishment, Writ of Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to defendant by mail at his last known address and to the garnishee by personal service on **May 9, 2008**.

                                LEONARDO M. RAPADAS  
                                United States Attorney  
                                Districts of Guam and the NMI

DATED:   5/12/08                By:    /s/ Mikel W. Schwab  
                                            MIKEL W. SCHWAB  
                                            Assistant U.S. Attorney  
                                            mikel.schwab@usdoj.gov  
                                            JESSICA F. CRUZ  
                                            Assistant U.S. Attorney  
                                            Jessica.F.Cruz@usdoj.gov