ORIGINAL

BRILES_M.taxgar5

**FILED**
DISTRICT COURT OF GUAM
MAY 28 2008 P-D-
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL CORY BRILES, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> DEPARTMENT OF REVENUE ) <br>    AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____) | MAGISTRATE CASE NO. 05-00037 <br><br> **ANSWER OF THE GARNISHEE** |

ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name of _____

_____.

   (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

//

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _____
of Garnishee, _____ a corporation, organized under the laws of the
_____  _____.

IF GARNISHEE IS A GOVERNMENT ENTITY:

    State name and address of agency, and name and official title of authorized
representative:   <u>Department of Revenue and Taxation</u>
                  <u>PO Box 23607, Barrigada Guam 96921</u>
                  <u>Paul J. Terlaje</u>
                  <u>Taxpayer Service Administrator</u>

    1.   On _____, 2008, Garnishee was served with the
Writ of Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No ✓

\_\_\_   ✓   Defendant was in my/our employ.

    Pay period is weekly ___ , bi-weekly ___ , semi-monthly ___ , monthly ___ .

    The Defendant's present pay period began on _____ .

    (Present means the pay period in which this order and notice of

    garnishment were served)

    The Defendant's present pay period ends on _____

    Enter amount of net wages. Calculate below:

        (a) Gross Pay                 $_____

        (b) Federal income tax        _____

        (c) F.I.C.A. income tax        _____

        (d) State/Local income tax   _____

    Total of tax withholdings          $_____

    Net Wages                        $_____ (a less total of b,c,d)

//

//

Case 1:05-mj-00037   Document 23   Filed 05/28/2008   Page 2 of 4

|   | Yes | No |   |   |
|---|---|---|---|---|
| 1 |   |   |   |   |
| 2 | ✓ | ___ | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| 6 | ___ | ✓ | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: *No record of filing* |

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

//
//
//
//

- 3 -

Press Enter to continue.

```
Taxpayer id no (TIN). :  ████4541
Record sequence . . . :  1

Document locator no . :  00000000000

Taxpayer name . . . . :  BRILES              MICHAEL CORY
Indebtedness Amount . :        251.40
Garnished Amount  . . :
Garnished YTD . . . . :
Priority  . . . . . . :  18
Child support . . . . :
Account number  . . . :  110023692
Organization Code . . :
Organization Name . . :  GMHA
```

F3=Exit          F12=Cancel