**BRILES_M.wdraw**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| vs. | ) | **WRIT OF GARNISHMENT** |
| | ) | |
| MICHAEL CORY BRILES, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |
| | ) | |
| DEPARTMENT OF REVENUE | ) | |
| AND TAXATION, | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

        On or about May 7, 2008, a Writ of Garnishment directed to Garnishee was duly issued

and served upon the Garnishee. On May 28, 2008, the Garnishee filed an Answer notifying the

Court that Defendant MICHAEL CORY BRILES has no record of filed tax returns and no funds

were due and owing to the defendant.

//

//

//

1         WHEREFORE, Plaintiff respectfully requests that the Court withdraw the Writ of

2   Garnishment against Defendant MICHAEL CORY BRILES and Garnishee Department of

3   Revenue and Taxation, Government of Guam.

4         DATED this 8th day of September, 2008.

5

6                                    LEONARDO M. RAPADAS
                                     United States Attorney
7                                    Districts of Guam and the NMI

8                  By:    /s/ Mikel W. Schwab_____
                                   MIKEL W. SCHWAB
9                                  Assistant U.S. Attorney
                                   mikel.schwab@usdoj.gov
10                                 JESSICA F. CRUZ
                                   Assistant U.S. Attorney
11                                 Jessica.F.Cruz@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

flu/mp                             - 2 -