**BRILES_M.wdraword**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (761) 472-7215

Attorney's for United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> MICHAEL CORY BRILES, <br><br>  Defendant, <br><br> DEPARTMENT OF REVENUE <br>  AND TAXATION, <br> GOVERNMENT OF GUAM, <br><br>  Garnishee. | MAGISTRATE CASE NO. 05-00037 <br><br> **O R D E R** <br><br> Re: United States Motion to Withdraw <br>     Writ of Garnishment |

Based upon the Plaintiff's Motion to Withdraw Writ of Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Garnishment is hereby withdrawn.

**IT IS SO ORDERED**.

/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
**Dated: Sep 09, 2008**